IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNATHAN WILLIAMS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1817

Opinion filed August 18, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Johnathan Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.